1983 Form

CV-16-HS-1692-S

# In the United States District Court
# For the Northern District of Alabama

Demetris J. Fulford
_____
_____
_____

(Enter above the full name(s) of the
plaintiff(s) in this action)

v

Markis L. Crawford
_____
_____
_____

(Enter above full name(s) of the
defendant(s) in this action)

I. Previous lawsuits

A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )   No (✓)

B. If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit

      Plaintiff(s): Demetris J. Fulford

      Defendant(s): Markis L. Crawford

   2. Court (if Federal Court, name the district; if State Court, name the county)

      _____N/A_____

   3. Docket Number _____N/A_____

   4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? N/A

6. Approximate date of filing lawsuit N/A

7. Approximate date of disposition N/A

II. Place of present confinement  Bullock Correctional facility

  A. Is there a prisoner grievance procedure in this institution?
     Yes (✓)   No ( )

  B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
     Yes (✓)   No ( )

  C. If your answer is YES:

    1. What steps did you take? I wrote A complaint to the Warden, I and I, Both Captain's, And Notifyed The Shift commander.

    2. What was the result? No ReSponds

  D. If your answer is NO, explain why not? N/A

III. Parties
  In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

  A. Name of plaintiff(s) Demetris J. Fulford

  81-17B
     Address Bullock Correctional Facility Hwy. 82 East, P.O. Box 5107 Union Springs, Alabama. 36089

In item B. below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment of any additional defendants.

B. Defendant **Markis L. Crawford**

   is employed as **CO1**

   at **Bullock CORRECTIONAL FACILITY**

C. Additional Defendants _____

## IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. ~~Do not give any legal arguments or cite any cases or statutes.~~ If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet, if necessary.

ON 10-2-2016 I inmate Demetris Fulford 203788 was Locked in A Segergation Cell B1-17B in Hand cuffs By CO1 Officer Markis L. Crawford from 7:30 AM until 10:52 pm with Another inmate (George Cowlin 228126) SHift had changed at 6:00 pm at 8:00 pm I woke up And Notifyed officer Eddie Steeter whom Notifyed his Supervisor Sgt Foster Whom Then took me to have a medical body chart done Around 10:48 pm

V. RELIEF

State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Accept My Case So That I May Seek Justice for This In Just act. And Be Compaseted Also Be Transfered

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10-16-2016
             (date)

Demetris J. Fulford
Signature(s)