# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DEMETRIS J. FULFORD,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.: 2:16-CV-1692-VEH-JHE |
| ) | |
| **COI MARKIS L. CRAWFORD,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER ADOPTING AND ACCEPTING MAGISTRATE'S RECOMMENDATION AND TRANSFERRING CASE

On November 2, 2016, the magistrate recommended that this case be transferred to the United States District Court for the Middle District of Alabama. (Doc. 3 at 2). The time for filing objections to the recommendation has expired and no party has objected. However, on November 16, 2016, the Plaintiff filed a Motion for the Appointment of Counsel. (Doc. 4).

Appointment of counsel in civil litigation is not a right, but a privilege justified only by exceptional circumstances, such as where the facts and legal issues are so novel or complex as to require the assistance of a trained practitioner. *Fowler v. Jones*, 899 F.2d 1093, 1096 (11th Cir. 1990). Further, the United States Supreme Court has held that attorneys may not be compelled to accept appointment in § 1983

cases. *Mallard v. United States District Court for the Southern District of Iowa*, 490 U.S. 296, 109 S.Ct. 1814, 104 L.Ed.2d 318 (1989). The issues in this litigation are neither novel nor complex. *See Ulmer v. Chancellor*, 691 F.2d 209 (5th Cir. 1982). Accordingly, plaintiff's Motion for Appointment of Counsel is **DENIED**.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and his recommendation is **ACCEPTED**. The clerk of court is hereby **ORDERED** to **TRANSFER** this matter to the United States District Court for the Middle District of Alabama.

**DONE** and **ORDERED** this 13th day of December, 2016.

                                                                          _____
                                                                          **VIRGINIA EMERSON HOPKINS**
                                                                          United States District Judge